UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BENING,<br><br>                Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, DOES 1 to 15,<br><br>                Defendant. | Case No. 2:18−CV-1258 R (JCx)<br>[*Los Angeles Superior Court Case No.: BC 629928*]<br>***[Reassigned to Judge Manuel L. Real as of 6/19/18]***<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>** |

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff Kevin Bening and Defendant Lowe's Home Centers, LLC, this action is dismissed <u>with prejudice</u>, in its entirety, with each party to bear its own costs, including attorney's fees.

      IT IS SO ORDERED.

Dated: January 7, 2019

                                                _____
                                                The Honorable Manuel L. Real
                                                United States District Court Judge